NOTICE: NOT FOR PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION DOES NOT CREATE
LEGAL PRECEDENT AND MAY NOT BE CITED EXCEPT AS AUTHORIZED.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Appellee,*

*v.*

ARSEN MOORADIAN, JR., *Appellant.*

No. 1 CA-CR 13-0591
FILED 07-01-2014

Appeal from the Superior Court in Maricopa County
No. CR-2012-030152-001 SE
The Honorable Bruce R. Cohen, Judge

**AFFIRMED**

COUNSEL

Arizona Attorney General's Office, Phoenix
By Joseph T. Maziarz
*Counsel for Appellee*

Maricopa County Public Defender's Office, Phoenix
By Paul J. Prato
*Counsel for Appellant*

---

**MEMORANDUM DECISION**

Judge Jon W. Thompson delivered the decision of the Court, in which Presiding Judge Andrew W. Gould and Judge Peter B. Swann joined.

---

**T H O M P S O N**, Judge:

**¶1** This case comes to us as an appeal under *Anders v. California*, 386 U.S. 738 (1967), and *State v. Leon*, 104 Ariz. 297, 451 P.2d 878 (1969). Counsel for Arsen Mooradian, Jr. (defendant) has advised us that, after searching the entire record, he has been unable to discover any arguable questions of law and has filed a brief requesting this court conduct an *Anders* review of the record. Defendant has been afforded an opportunity to file a supplemental brief in propria persona, but has not done so.

**¶2** Defendant and two other men were observed engaging in drug activity in a parked car at Casino Arizona. When police arrived at the scene, the car was filled with smoke and the defendant was sitting in the driver's seat. While searching the vehicle, an officer found a plastic baggy containing marijuana and a brown glass pipe. After receiving a Miranda warning, defendant admitted "we all shared the pipe."

**¶3** The state charged defendant with possession of drug paraphernalia, a class 6 felony. Following a bench trial in which the security officer, police officer and a forensic scientist testified, the court found defendant guilty of possession of drug paraphernalia, a class 1 misdemeanor. The court suspended defendant's sentence and he was placed on one year unsupervised probation.

¶4  We have read and considered defendant's *Anders* brief, and we have searched the entire record for reversible error. *See Leon*, 104 Ariz. at 300, 451 P.2d at 881. We find none. All of the proceedings were conducted in compliance with the Arizona Rules of Criminal Procedure, and the sentence imposed was within the statutory limits. Pursuant to *State v. Shattuck*, 140 Ariz. 582, 584-85, 684 P.2d 154, 156-57 (1984), defendant's counsel's obligations in this appeal are at an end.

¶5  We affirm the conviction and the sentence.



**Ruth A. Willingham** · **Clerk of the Court**
FILED: gsh